**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.  3:13-CV-391-GCM-DCK**

| | | |
|---|---|---|
| **NORMAN PATRICK CALDWELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **SHAW INDUSTRIES GROUP, INC., THE** | ) | |
| **PRUDENTIAL INSURANCE COMPANY** | ) | |
| **OF AMERICA, and SHAW INDUSTRIES** | ) | |
| **LONG TERM DISABILITY COVERAGE** | ) | |
| **PLAN,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

      **THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) filed by Matthew Lilly, concerning Ian H. Morrison on July 3, 2013.  Mr. Morrison seeks to appear as counsel *pro hac vice* for Defendant The Prudential Insurance Company of America.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

      **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) is **GRANTED.**  Mr. Morrison is hereby admitted *pro hac vice* to represent Defendant The Prudential Insurance Company of America.

      **SO ORDERED**.

Signed: July 3, 2013

David C. Keesler
United States Magistrate Judge