# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-CV-391-GCM-DCK

| | |
|---|---|
| NORMAN PATRICK CALDWELL, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| SHAW INDUSTRIES GROUP, INC., THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and SHAW INDUSTRIES LONG TERM DISABILITY COVERAGE PLAN, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) filed by Matthew Lilly, concerning Megan E. Troy on July 3, 2013. Ms. Troy seeks to appear as counsel *pro hac vice* for Defendant The Prudential Insurance Company of America. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) is **GRANTED**. Ms. Troy is hereby admitted *pro hac vice* to represent Defendant The Prudential Insurance Company of America.

**SO ORDERED**.

Signed: July 3, 2013

David C. Keesler
United States Magistrate Judge