IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORT CAROLINA
CHARLOTTE DIVISION
3:13-CV-391-GCM-DCK

| | |
|---|---|
| NORMAN PATRICK CALDWELL,  )  <br>  Plaintiff, ) <br> ) <br> v.  ) <br> ) <br> SHAW INDUSTRIES GROUP, INC.,  ) <br> THE PRUDENTIAL INSURANCE  ) <br> COMPANY OF AMERICA, and  ) <br> SHAW INDUSTRIES LONG TERM  ) <br> DISABILITY PLAN,  ) <br>   Defendants. ) | ORDER |

     THIS MATTER IS BEFORE THE COURT on its own motion. Parties filed a Certification and Report of Initial Attorneys' Conference on December 3, 2013. Parties disagree on issues concerning the scheduling of a Pre-trial Order.

     At this time, the Court declines to establish a schedule and requires the parties to file by December 31, 2013, a short brief asserting the applicable standard of review.

     IT IS SO ORDERED.

Signed: December 11, 2013

Graham C. Mullen
United States District Judge